UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 20-056 |
| Plaintiff, ) | District of Utah No. CR99-194 |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| CESAR ARIAS-MADRIGAL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:   Supervised Release Violation

<u>Date of Detention Hearing</u>:   February 10, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant is alleged to have violated the conditions of supervised release by illegally re-entering the United States, and by committing the offense of Robbery/Carjacking.

DETENTION ORDER
PAGE -1

Defendant has waived an identity hearing and an Order of Transfer has been signed. Defendant does not oppose entry of an order of detention.

2. Defendant poses a risk of nonappearance based on lack of legal status, his absconder status at the time of his arrest, allegations of commission of new offenses and non-compliance while on supervision, and lack of verified or known background information. Defendant poses a risk of danger based on criminal history and non-compliance while on supervision.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending hearing, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

/ / /

DATED this 10th day of February, 2020.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3